# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| **RYAN PFLIPSEN,** | ) |
| Plaintiff, | ) |
| | ) **CIVIL ACTION** |
| vs. | ) |
| | ) **FILE No. 5:25-cv-301-XR** |
| **KIM FAMILY VENTURES, LLC,** | ) |
| d/b/a **PLAZA AT THOUSAND OAKS,** | ) |
| Defendant(s). | ) |

## PLAINTIFF'S STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE

COMES NOW the Plaintiff, **RYAN PFLIPSEN** ("Plaintiff"), by and through the undersigned counsel, and hereby files this, his Stipulation to Dismiss Complaint with Prejudice. Plaintiff has resolved all issues with this Defendant and no longer desires to proceed with his cause of action against **KIM FAMILY VENTURES, LLC. d/b/a PLAZA AT THOUSAND OAKS** ("Defendant(s)") and respectfully requests the Honorable Court dismiss Plaintiff's causes of action against Defendant with Prejudice.

Respectfully submitted,
**KURZ LAW GROUP, LLC**
3455 Cobb Parkway, SE, Suite J-285
Atlanta, GA 30339
www.kurzlawgroup.com
(404) 805-2494 Telephone
(770) 428-5356 Facsimile
By: */s/ Dennis R. Kurz*
    Dennis R. Kurz
    Texas State Bar No. 24068183
    dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of April, 2025, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Abid Hussain, Esq.
**HUSSAIN LAW, LLC**
3445 N. Causeway Boulevard, Suite 706
Metarie, LA 70002
abid@hussainlaw.com
*Attorney for Defendant, Kim Family Ventures, LLC,*
 *d/b/a Plaza at Thousand Oaks*

                                            */s/ Dennis R. Kurz*
                                            Dennis R. Kurz