IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RYAN PFLIPSEN,<br>  *Plaintiff* | §<br>§<br>§ | |
| -vs- | §<br>§ | SA-25-CV-301-XR |
| KIM FAMILY VENTURES, LLC,<br> d/b/a PLAZA AT THOUSAND OAKS,<br>  *Defendant* | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

All claims are **DISMISSED WITH PREJUDICE**.

The Clerk is **DIRECTED** to close this case.

It is so **ORDERED**.

**SIGNED** this 21st day of April, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE